Marc S. Reiner (MR-6669)
Raymond A. Mascia Jr. (RM-8722)
ANDERSON KILL & OLICK, P.C
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733

Attorneys for Defendants
Sony Music Entertainment and
Razor Sharp Records, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK URBONT,<br><br>                                Plaintiff,<br><br>            - against -<br><br>SONY MUSIC ENTERTAINMENT, individually d/b/a EPIC RECORDS; DENNIS COLES p/k/a GHOSTFACE KILLAH; and RAZOR SHARP RECORDS, LLC,<br><br>                                Defendants. | 11-Civ-04516(NRB)<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), the exhibits attached hereto, and all prior pleadings and proceedings in this action, defendants Sony Music Entertainment and Razor Sharp Records, LLC will move this Court on August 26, 2011, or thereafter at the Court's convenience, for an Order:  (1) dismissing Counts II, III, IV, and V from the Complaint in their entirety; (2) dismissing Count I from the Complaint as to all sales of *Supreme Clientele* or the songs contained therein occurring prior to May 21, 2007; and (3) granting such other and further relief as the Court deems just and proper.

For the Court's convenience, attached to this Notice are the Complaint in this action and documents referenced therein, and documents that are appropriate for judicial notice. The attached documents are as follows:

1. Attached as Exhibit 1 hereto is a true and correct copy of the Complaint in this action.

2. Attached as Exhibit 2 hereto is a true and correct copy of the liner notes of *Supreme Clientele*, the album at issue in this action.

3. Attached as Exhibit 3 hereto are true and correct copies of the following news articles: (i) Craig Seymour, *Music Review:* Supreme Clientele *(2000)*, ENTERTAINMENT WEEKLY, Mar. 3, 2000; (ii) Soren Baker, *Hip-Hop Report*, L.A. TIMES, Dec. 19, 1999; (iii) Geoff Boucher, *Pop Charts Santana's '*Supernatural*' Gets Grammy Nods Boost*, L.A. TIMES, Feb. 17, 2000; (iv) Dan Aquilante, *They Noah Their Stuff*, N.Y. POST, Feb. 8, 2000; (v) Adam Heimlich, *'Supreme' Rap Artistry From Two Wu-Tang Alum*, NEWARK STAR-LEDGER, Feb. 13, 2000; (vi) *Clever Rap, Classic Pop and a Beethoven Opera*, USA TODAY, Feb. 8, 2000; (vii) Anthony DeCurtis, *Ghost Stories*, ROLLING STONE, Mar. 16, 2000; and (viii) Sacha Jenkins, *The Return of Iron Man*, SPIN, May 2000.

4. Attached as Exhibit 4 hereto is a true and correct copy of certain pages from the February 26, 2000 issue of *Billboard*.

Dated: August 5, 2011                             **ANDERSON KILL & OLICK, P.C**

                                                  By: /s/ Marc S. Reiner
                                                      Marc S. Reiner (MR-6669)
                                                      Raymond A. Mascia Jr. (RM-8722)
                                                      1251 Avenue of the Americas
                                                      New York, New York 10020
                                                      Telephone: (212) 278-1000
                                                      Facsimile: (212) 278-1733

                                                      *Attorneys for Defendants*
                                                      *Sony Music Entertainment and*
                                                      *Razor Sharp Records, LLC*