AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| | |
|---|---|
| JACK URBONT <br><br> *Plaintiff* <br><br> v. <br><br> SONY MUSIC ENTERTAINMENT, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.  11 Civ. 4516 <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        DENNIS COLES (p/k/a GHOSTFACE KILLAH)
        183 Greenleaf Avenue
        Staten Island, New York 10310-2674

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD S. BUSCH
                                         KING & BALLOW
                                         315 Union Street, Suite 1100
                                         Nashville, TN 37201
                                         (615) 259-3456

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:   3 0 JUN  2011                                                *[signature]*

                                                                           *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK URBONT,<br><br>                    Plaintiff<br><br>            V<br><br>SONY MUSIC ENTERTAINMENT, individually d/b/a<br>EPIC RECORDS; DENNIS COLES p/k/a GHOSTFACE<br>KILLAH and RAZOR SHARP RECORDS, LLC<br><br>                    Defendant | Index #: 11 CV 4516<br><br><br><br><br><br>**Affidavit of<br>Service** |

STATE OF NEW YORK, COUNTY OF RICHMOND SS:
The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the State of New York.

That on August 8, 2011 at 1:30 PM at 183 Greenleaf Avenue, Staten Island, New York, deponent served the within **Summons, Complaint, SDNY Electronic Case Filing Rules, Rules of Judge Buchwald and Rules of Judge Maas on DENNIS COLES p/k/a GHOSTFACE KILLAH,** defendant therein named.

**Suitable Age Person**

1. _X_ by delivering thereat a true copy to Infinity Coles (son), a person of suitable age and discretion. Said premises is tenants dwelling place within the state

**Military Service**

2. _X_ I asked Infinity Coles whether Dennis Coles was in active military service or dependent on anyone in the United States or of the State of New York in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I believe that the respondent is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes, nor dependent upon anyone in the active military service of the United States or of the State of New York.

**DESCRIPTION:**

_X_ Male  _X_ Black Skin  _X_ Black Hair  _X_ 25 Yrs.  _X_ 6'3"  _X_ 180 lbs

**SWORN TO BEFORE ME ON**
_/0_ day of August, 2011

_____
Notary Public

SANDI M. ARANDA
Notary Public, State of New York
Qualified in Richmond County
No. 01-CH6158713
Commission Expires Jan. 08, 2015

_____
Donald DelPrete
License No. 1341689