USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/11

# KING & BALLOW
## LAW OFFICES
1100 UNION STREET PLAZA
315 UNION STREET
NASHVILLE, TENNESSEE 37201

TELEPHONE: 615/259-3456
FACSIMILE: 615/254-7907

www.kingballow.com

**MEMO ENDORSED**

*Writer's Direct Dial: (615) 726-5422*
*Writer's Direct Fax: (615) 726-5417*
*e-mail: rbusch@kingballow.com*

August 16, 2011

*Via Facsimile (212) 805-7927*
*and United States Mail*

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 16 2011
UNITED STATES COURT JUDGE

Re: *Urbont v. Sony Music Entertainment, et al.*,
No. 11-civ-4516

Dear Judge Buchwald:

**MEMO ENDORSED**

We represent Jack Urbont in the referenced action. As instructed, counsel have agreed upon a briefing schedule with respect to Defendant Sony Music Entertainment's ("Sony") motion to dismiss. Sony filed its motion on August 5, 2011. Plaintiff Jack Urbont's response to the motion will be due on August 26, 2011. Should Sony decide to file a reply to Urbont's response, that reply will be due on September 9, 2011.

Respectfully,

Richard S. Busch

*So Ordered [handwritten] By Permission [handwritten signature] USDJ 8/16/11*

cc: Mark S. Reiner, Esq. (via e-mail only: mreiner@andersonkill.com)
James M. Thayer, Esq. (via e-mail only: j.m.thayer@att.net)
Kenneth E. Gordon, Esq. (via e-mail only: kegoffice@aol.com)