| | | |
|---|---|---|
| JACK URBONT | Plaintiff | UNITED STATES DISTRICT COURT |
| vs. | Venue | SOUTHERN DISTRICT OF NEW YORK |
| SONY MUSIC ENTERTAINMENT; Individually d/b/a EPIC RECORDS; DENNIS COLES p/k/a GHOSTFACE KILLAH; and RAZOR SHARP RECORDS, LLC | Defendant | |

**Person to be served** (Name & Address):
Dennis Coles aka Ghostface Killah (address unknown)

## AFFIDAVIT OF SERVICE

**Attorney:**
Andrew Coffman
King & Ballow Law Offices
315 Union Street Suite 1100
Nashville, TN 37201

(For Use by Private Service)
**Cost of Service pursuant to**

$ _____

**Papers Served:**
Amended Complaint/Jury Demand

**Service Data:**

Served Successfully __X__   Not Served ___   Date: _January 16, 2012_   Time: 7:30 p.m.
                                                                         Attempts: ___1___

_____ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

_____ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

Michael Caruso, Dennis Cole's Business Manager
142 Manor Dr., Staten Island, NY 10310

__X__ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: _Male_  Age: __43__  Height: _5'9"_  Weight: __190 lbs.__  Skin Color: _white_  Hair Color: _black_
Unserved:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____ Comments or Remarks _____

**Server Data:**
I, Private Investigator Joseph F. O'Brien was, at the time of service, a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the forgoing is true and correct.

Subscribed and Sworn to me this
_24_ day of _January 2012_

STACEY ANN GOULDBOURNE
Notary Public, State of New York
No. 01GO6157188
Qualified in Queens County
Commission Expires December 4, 20_14_

**Notary Signature**
Stacey Ann Gouldbourne

_Joseph F. O'Brien_ Date 1/24/12