AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jack Urbont | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11 CIV. 04516 (NRB) |
| Sony Music Entertainment, et al | ) | |
| *Defendant* | ) | |

LIMITED   **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Dennis Coles p/k/a Ghostface Killah   for the purpose of challenging service of process.

Date:   March 28, 2012

*Attorney's signature*

James P. Cinque (JPC-3673)
*Printed name and bar number*

Cinque & Cinque, P. C., 845 Third Avenue,
Suite 1400, New York, New York  10022

*Address*

CINQUE845@aol.com
*E-mail address*

(212) 759-5515
*Telephone number*

(212) 759-7737
*FAX number*