UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JACK URBONT,

               Plaintiff,

         -against-

SONY MUSIC ENTERTAINMENT,
individually d/b/a EPIC RECORDS,
DENNIS COLES p/k/a GHOSTFACE
KILLAH, and RAZOR SHARP RECORDS,
LLC,

               Defendants.

11 CIV. 04516 (NRB)
ECF Case

NOTICE OF MOTION
TO DISMISS THE
AMENDED COMPLAINT

-------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the annexed declaration of Michael Caruso

sworn to March 18, 2012 and the exhibits annexed thereto, defendant Dennis Coles p/k/a

Ghostface Killah will move this Court at the United States Courthouse for the Southern

District of New York, 500 Pearl Street, New York, New York 10007 before the

Honorable Naiomi Reice Buchwald on April 30, 2012 at 9:30 a.m. or as soon thereafter as

counsel can be heard for an order dismissing the amended complaint pursuant to Federal

Rule of Civil Procedure 12(b)(5) for insufficient service of process, upon the ground that

service upon said defendant's alleged business manager does not constitute proper service

upon defendant.

        PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b),

answering papers must be served within ten (10) business days.

DATED: NEW YORK, NEW YORK
      MARCH 28, 2012

                          Respectfully submitted,

                          CINQUE & CINQUE, P. C.

By:

                          James P. Cinque (JPC-3673)
                          Attorneys for Defendant Dennis Coles
                          845 Third Avenue
                          Suite 1400
                          New York, New York 10022
                          Telephone: (212) 759-5515
                          Telefax:   (212) 759-7737
                          E-mail:    CINQUE845@aol.com