UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JACK URBONT,<br><br>                        Plaintiff,<br><br>  -against-<br><br>SONY MUSIC ENTERTAINMENT,<br>individually d/b/a EPIC RECORDS,<br>DENNIS COLES p/k/a GHOSTFACE<br>KILLAH, and RAZOR SHARP RECORDS,<br>LLC,<br><br>                        Defendants. | 11 CIV. 04516 (NRB)<br>ECF Case<br><br>REPLY DECLARATION OF<br>MICHAEL CARUSO IN<br>SUPPORT OF MOTION<br>TO DISMISS THE<br>AMENDED COMPLAINT |

-----------------------------------------------------------------X

MICHAEL CARUSO duly declares the truth of the following statements under penalty of perjury pursuant to 28 U.S.C. §1746:

1. I have reviewed the April 16, 2012 Declaration of Joseph O'Brien, who states that on January 16, 2012 I volunteered to accept service of the summons and complaint on behalf of Dennis Coles. This is totally false.

2. As I stated in my March 18, 2012 Declaration, the process server never asked me whether I was authorized to accept service of process on behalf of Mr. Coles, and I never told him that I was so authorized.

3. While I travel for business, I would be willing to testify to this effect upon reasonable notice at an evidentiary hearing, should the Court desire.

Executed at Los Angeles, California on April 8, 2012.

_____
MICHAEL CARUSO