

Buchwald,␣␣

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jack URBONT d/b/a URBONT MUSIC ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) No. 11-Civ-04516(NRB) | |
| SONY MUSIC ENTERTAINMENT, ) | |
| individually and d/b/a EPIC RECORDS ) | |
| ("Sony"), DENNIS COLES p/k/a ) | |
| GHOSTFACE KILLAH and RAZOR SHARP ) | |
| RECORDS, LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ~~PROPOSED~~ ORDER

This cause comes before the Court on the Motion of Plaintiff Jack Urbont d/b/a/ Urbont Music to perfect service on Defendant Dennis Coles p/k/a Ghostface Killah via publication. The Court having considered the Motion finds it well taken.

The Court finds service is 'impracticable under paragraphs one, two, and four of' Section 308(5) of the New York Civil Practice Laws and Rules. *Grammenos v. Lemos*, 457 F.2d 1067, 1071 (2d Cir. 1971). Service by publication is reasonably calculated to apprise Coles of the instant suit and allow him an opportunity to be heard. *Van Dunk v. Lazrovitch*, 50 Misc. 2d 649, 652 (N.Y. Civ. Ct. 1966).

Coles shall receive service of a summons by publication consistent with N.Y.C.P.L.R. § 316. Publication of the Summons and Notice shall be made in the New York Post and the New York Daily News. The New York Post and New York Daily News are the two newspapers most likely to provide notice to Coles. The Summons and Notice shall be printed in both the New York Post and the New York Daily News at least once per week for four consecutive weeks.

The Notice shall contain a brief statement of the nature of the action, the relief sought, and the sum of money for which judgment may be taken in case of default.

Consistent with this Order and the May 4, 2012 Memorandum and Order, DE 26, Urbont's Motion to perfect service on Coles via publication is GRANTED.

This the 8th day of May, 2012.

United States District Judge

Dated: May 8, 2012             Prepared by,

                                         By:    /s/Richard S. Busch

                                         Richard S. Busch (SB 5613)
                                         KING & BALLOW
                                         315 Union Street, Suite 1100
                                         Nashville, Tennessee 37201
                                         Telephone: (615) 259-3456
                                         Facsimile:   (615) 726-541

                                         Kenneth E. Gordon (KG 5703)
                                         GORDON, GORDON & SCHNAPP, P.C.
                                         437 Madison Avenue, 39th Floor
                                         New York, New York 10022
                                         Telephone: (212) 355-3200
                                         Facsimile:   (212) 355-3292

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2012, I mailed the foregoing Document providing notification of such submission to the following:

Marc Reiner, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-2000
Facsimile: 212-278-1733

Raymond A. Mascia, Jr., Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-2000
Facsimile: 212-278-1733

James P. Cinque, Esq.
845 Third Avenue
Suite 1400
New York, New York 10022
Telephone: (212) 759-5515
Facsimile: (212) 759-7737

                                               /s/ Richard S. Busch