KING & BALLOW
LAW OFFICES
315 UNION STREET
SUITE 1100
NASHVILLE, TENNESSEE 37201
TELEPHONE: 615/259-3456
FACSIMILE: 615/254-7907
www.kingballow.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2012

MEMO ENDORSED

*Writer's Direct Dial: (615) 726-5422*
*Writer's Direct Fax: (615) 726-5417*
*e-mail: rbusch@kingballow.com*

May 21, 2012

***Via United States Mail and Facsimile (212) 805-7927***
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***Urbont v. Sony Music Entertainment, et al.*, No. 11-civ-4516**

Dear Judge Buchwald:

This firm represents Plaintiff Jack Urbont in the above-referenced action.

On April 17, 2012, counsel for Mr. Urbont and Defendant Sony Music Entertainment ("Sony") had a pre-motion conference with the Court regarding Mr. Urbont's Proposed Motion for Interlocutory Appeal. During the conference, the potential for settlement was raised. The Court requested that the parties inform the Court of the status of the potential settlement talks.

On May 10, 2012, Sony provided certain financial documents related to album, *Supreme Clientele*, by Defendant Dennis Coles p/k/a Ghostface Killah. Mr. Urbont is having an expert review these documents. Mr. Urbont intends to make a settlement demand on Sony by the end of this week.

Additionally, because the Court has now ordered that Mr. Coles may be served by publication, Mr. Urbont also intends to send a settlement demand to Mr. Coles.

As such, Mr. Urbont requests that the Court grant the parties an additional thirty days in which to attempt to amicably settle this matter, before the Court reaches any decision regarding Mr. Urbont's request for an Interlocutory Appeal.

So Ordered.
Naomi Reice Buchwald, USDJ
5/25/12

Respectfully submitted,

Richard Busch w/p AWC

Richard S. Busch

cc: Marc S. Reiner, Esq. (via e-mail only: mreiner@andersonkill.com)

MEMO ENDORSED

May. 21. 2012 6:12PM King & Ballow No. 0871 P. 3

Hon. Naomi Reice Buchwald
May 21, 2012
Page -2-

Raymond A. Mascia, Jr., Esq. (via e-mail only: rmascia@andersonkill.com)
James M. Thayer, Esq. (via e-mail only: j.m.thayer@att.net)
Kenneth E. Gordon, Esq. (via e-mail only: kegoffice@aol.com)
James Cinque, Esq. (via e-mail only: cinque845@aol.com)