UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JACK URBONT,

                        Plaintiff,

           - against -

SONY MUSIC ENTERTAINMENT, et al.,

                      Defendants.
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2012

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

11 Civ. 4516 (NRB)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| | | ___ | Habeas Corpus |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ |
| **XX** | **SETTLEMENT** | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:     New York, New York
               July 5, 2012

                                                     Naomi Reice Buchwald
                                                     United States District Judge