USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2012

Buchwald, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JACK URBONT,

                     Plaintiff,

-against-

SONY MUSIC ENTERTAINMENT,
individually d/b/a EPIC RECORDS,
DENNIS COLES p/k/a GHOSTFACE
KILLAH, and RAZOR SHARP RECORDS,
LLC,

                     Defendants.

-----------------------------------------------------------X

11 CIV. 04516 (NRB)
ECF Case

STIPULATION
EXTENDING TIME
OF COLES TO RESPOND
TO AMENDED
COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time of defendant Dennis Coles to answer or otherwise move with respect to the Amended Complaint is extended to and including 21 days after the settlement conference is conducted before Magistrate Judge Frank Maas.

DATED: NEW YORK, NEW YORK
          JULY ___, 2012

KING & BALLOW

By: _____
Richard S. Busch (RSB-5856)
Attorneys for Plaintiff
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 726-5436

CINQUE & CINQUE, P. C.

By: _____
James P. Cinque (JPC-3673)
Attorneys for Defendant Dennis Coles
845 Third Avenue, Suite 1400
New York, New York 10022
Telephone: (212) 759-5515

SO ORDERED:
_____
U. S. D. J.
July 16, 2012