UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JACK URBONT,                                     :

             Plaintiff,                      :

          -v.-                                   :

SONY MUSIC ENTERTAINMENT, et al.   :

           Defendants.                      :

-----------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

11 Civ. 4516 (NRB)(FM)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/31/12
```

To All Parties,

      The settlement conference in this matter, previously scheduled for August 17, 2012, at 10:00 a.m., has been rescheduled to September 7, 2012, at 2:30 p.m., before Magistrate Judge Frank Maas, in Courtroom 20A, 500 Pearl Street, New York 10007.  Requests for adjournment must be made to the Court in **writing**, at least 48 hours prior to the conference.

                                                                                    Richalyn Chambers
                                                                                     Courtroom Deputy

Dated:        New York, New York
               July 31, 2012

Copies to:

Honorable Naomi Reice Buchwald
United States District Judge

James M. Thayer, Esq.
Kenneth E. Gordon, Esq.
Gordon, Gordon & Schnapp, PC
Fax: (212) 355-3292

Richard S. Busch, Esq.
King & Ballow
Fax: (615) 726-5417

Marc S. Reiner, Esq.
Dorsey & Whitney LLP
Fax: (212) 953-7201

Raymond A. Mascia, Esq.
Anderson Kill & Olick, PC
Fax: (212) 278-1733

James P. Cinque, Esq.
Cinque & Cinque
Fax: (212) 759-7737