UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Jack Urbont,          Plaintiff,

-against-

Sony Music Entertainment, et.al.   Defendant.
-------------------------------------------------------

Case No. 11civ. 4516 (NRB)(FM)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>Marc Schuyler Reiner</u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MR 6669          My State Bar Number is 2769529

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Dorsey & Whitney LLP
            FIRM ADDRESS: 51 West 52nd Street, New York, NY 10019
            FIRM TELEPHONE NUMBER: (212) 415-9200
            FIRM FAX NUMBER: (212)953-7201

NEW FIRM:   FIRM NAME: Anderson Kill & Olick, P.C.
            FIRM ADDRESS: 1251 Avenue of the Americas
            FIRM TELEPHONE NUMBER: (212) 278-1000
            FIRM FAX NUMBER: (212) 278-1733

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 1, 2012                    /s/ Marc Schuyler Reiner
                                         ATTORNEY'S SIGNATURE