```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/12
```

# KING & BALLOW
## LAW OFFICES
### 315 UNION STREET
### SUITE 1100
### NASHVILLE, TENNESSEE 37201

TELEPHONE: 615/259-3456
FACSIMILE: 615/254-7907

www.kingballow.com

**MEMO ENDORSED**

*Writer's Direct Dial: (615) 726-5422*
*Writer's Direct Fax: (615) 726-5417*
*e-mail: rbusch@kingballow.com*

August 29, 2012

> The settlement conference is adjourned to 10/11/12 at 2 pm. in Courtroom 20A.*
> — Maas, USMJ, 8/29/12

**Via United States Mail and Facsimile (212) 805-6724**
Hon. Frank Maas
U. S. Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Urbont v. Sony Music Entertainment, et al.*, No. 11-civ-4516

Dear Judge Maas:

> * If this date/time is inconvenient, counsel should place a conference call to Chambers by 9/7/12 to reschedule.

This firm represents Plaintiff Jack Urbont in the above-referenced action.

I am writing in regard to the upcoming settlement conference, which is set for Friday, September 7, 2012. I am currently in a Federal Court jury trial in Plano, Texas. The trial was supposed to end this Friday. It appears, however, that the trial will not conclude this Friday as anticipated. The Court is not available to resume the trial until Wednesday, September 5, 2012, so I cannot be certain that the trial will be completed by Friday, September 7, 2012, the date set for the mediation. I wanted to give Your Honor this notice now so the Court can decide whether it wants to tentatively keep the date of the scheduled mediation in case my trial does conclude in time for me to make it to the mediation, or whether the Court wants to reschedule the mediation at this time.

Respectfully submitted,

Richard S. Busch
*w/permission MM*

cc: Marc S. Reiner, Esq. (via e-mail only: mreiner@andersonkill.com)
Raymond A. Mascia, Jr., Esq. (via e-mail only: rmascia@andersonkill.com)
James M. Thayer, Esq. (via e-mail only: j.m.thayer@att.net)
Kenneth E. Gordon, Esq. (via e-mail only: kegoffice@aol.com)
James Cinque, Esq. (via e-mail only: cinque845@aol.com)