UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

JACK URBONT,                                    :

         Plaintiff,                              :

         -against-                                :

SONY MUSIC ENTERTAINMENT,                       :
individually doing business as Epic
Records, et al.,                                :

         Defendant.                              :

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2012

**ORDER**

11 Civ. 4516 (NRB) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Having reviewed the follow-up letters submitted by counsel, I conclude that a further settlement conference would not be productive. Accordingly, the Clerk of the Court is respectfully requested to close Judge Buchwald's reference to me. (ECF No. 30).

      SO ORDERED.

Dated:    New York, New York
           October 22, 2012

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Naomi Reice Buchwald
United States District Judge

All Counsel (Via ECF)