UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

JACQUES URBONT

              Plaintiff,

-against-

SONY MUSIC ENTERTAINMENT, ET AL.

              Defendant.
------------------------------------------------------

Case No. 1:11-CV-04516-NRB

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Marc Schuyler Reiner
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MR-6669   My State Bar Number is 2769529

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Anderson Kill & Olick, P.C.
               FIRM ADDRESS: 1251 Avenue of the Americas, New York, NY 10020
               FIRM TELEPHONE NUMBER: (212) 278-1000
               FIRM FAX NUMBER: (212) 278-1733

NEW FIRM:    FIRM NAME: Moss & Kalish, PLLC
               FIRM ADDRESS: 122 East 42nd Street, New York, NY 10168
               FIRM TELEPHONE NUMBER: (212) 867-4488
               FIRM FAX NUMBER: (212) 983-5276

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 7, 2012              /s/ MARC S. REINER
                                                          ATTORNEY'S SIGNATURE